

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 28 2007

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

# PROSKAUER ROSE LLP

**Barry E. Warner**
Attorney at Law

Direct Dial 212.969.3484
bwarner@proskauer.com

November 20, 2007

**By Hand**

Honorable Kevin N. Fox
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 540
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do file such certification to Chambers.

Re:   Fisher v. Building Services 32BJ Health Fund, 07 civ. 5699 (LTS)(KNF)

Dear Judge Fox:

We are writing in response to the Court's Order dated October 22, 2007. Building Services 32BJ Health Fund respectfully requests an extension of thirty days in the time allowed to finalize a settlement, from Wednesday, November 21, 2007 to Friday, December 21, 2007.

Thank you.

The provisions of the October 22, 2007 Order of discontinuance are extended through December 17, 2007.

Sincerely,

Barry E. Warner

**SO ORDERED.**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
11/27/2007

cc:   Fred Fisher, DDS, *Pro Se* (by facsimile)

Copies faxed to Defts Counsel
Chambers of Judge Swain   11-28-07