**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

Barry E. Warner
Attorney at Law

Direct Dial 212.969.3484
bwarner@proskauer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 18 2007

December 17, 2007

**By Hand**

Honorable Kevin N. Fox
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007

MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: Fisher v. Building Services 32BJ Health Fund, 07 civ. 5699 (LTS)(KNF)

Dear Judge Fox:

We are defense counsel in the above-referenced case. By Order of the Hon. Laura Taylor Swain, dated November 27, 2007, the Court extended the provisions of the October 22, 2007 Order of Discontinuance through December 17, 2007 to allow the parties time to finalize their settlement agreement.

Plaintiff and I have spoken frequently since the date of the Court's Order, including a conversation this morning, but as of this date have not yet finalized all terms. We are hopeful that we can do so, however, and so respectfully request that the provisions of the Order of Discontinuance be extended through and including January 8, 2008, with the expectations that the parties will achieve a mutually acceptable and complete resolution by that date.

The request is granted.

Respectfully submitted,

Barry E. Warner

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
12/18/2007

cc: Fred Fisher, D.D.S., *Pro Se*

Copies mailed/faxed to Dft's Counsel
Chambers of Judge Swain
12-18-07