USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 09 2008

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Barry E. Warner**
Attorney at Law

Direct Dial 212.969.3484
bwarner@proskauer.com

January 8, 2008

**By Facsimile – (212) 805-0424**

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007



Re:     Fisher v. Building Services 32BJ Health Fund, 07 civ. 5699 (LTS)(KNF)

Dear Judge Taylor Swain:

We are defense counsel in the above-referenced case. Pursuant to Your Honor's Order dated December 18, 2007, the parties were granted until today, January 8, 2008, to finalize their settlement of this action.

The parties have not yet resolved this matter, and accordingly, we respectfully request that they be allowed until January 31, 2008 to do so. Also, because Magistrate Judge Fox was extremely helpful in facilitating an agreement in principal between the parties when they appeared before him, we respectfully request that the parties be directed to contact Magistrate Judge Fox's Chambers on or before January 22, 2008 to request a conference, if the settlement has not been finalized on or before January 17, 2008.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Barry E. Warner

cc:     Fred Fisher, D.D.S., *Pro Se* (by facsimile)

The foregoing request are
granted. The provisions of the
October 22, 2007, order of
Discontinuance are continued
the ~~from~~ January 31, 2008.

SO ORDERED

1/8/08