PROSKAUER ROSE LLP
Barry E. Warner
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FRED FISHER, D.D.S.

                Plaintiff,

  against

BUILDING SERVICE 32BJ HEALTH FUND

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 07 Civ. 5699 (LTS)(KNF)

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

Fred Fisher, *pro se*, and the undersigned counsel for Building Service 32BJ Health Fund, stipulate:

1. This case and all claims and counterclaims asserted herein are hereby voluntarily discontinued with prejudice, without costs or disbursements to any party; and

2. No person herein is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of this action.

Dated: New York, New York
January 9, 2008

**DR. FRED FISHER, *PRO SE***

By: _____
Fred Fisher, *Pro Se*
1498 Third Avenue
New York, New York 10028

**PROSKAUER ROSE LLP**

_____
Barry E. Warner
1585 Broadway
New York, New York 10036
*Attorneys For Defendant*

SO ORDERED:

_____
U.S.D.J.
1/28/2008

Copies mailed/faxed to P/A & Faxed to Def's counsel
Chambers of Judge Swain   1-25-08